UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : CONTINUANCE ORDER |
| v. | : Mag. No. 18-1535 (DEA) - 1 |
| JAKIR TAYLOR, a/k/a "Jak"; JEROME ROBERTS, a/k/a "Righteous"; DAVID ANTONIO, a/k/a "Papi," a/k/a "Victor Arias," a/k/a "Pop," a/k/a "Santiago Ramirez"; OMAR COUNCIL, a/k/a "Stacks," a/k/a "Y-O," a/k/a "O," a/k/a "Snow;" BRIAN PHELPS, a/k/a "B-Money," a/k/a "B"; GARY AUSMORE, a/k/a "G"; DAVIAS TAYLOR, a/k/a "Vicey," a/k/a "Mitch"; ALONZO LEARY, a/k/a "Buck," a/k/a "J-Buck"; MAJOR ANDERSON, a/k/a "Maj"; WAYNE K. BUSH; TACQUES HALL, a/k/a "Buddha"; KAHLIL HAMPTON, a/k/a "Ruger"; BRANDON COUNCIL, a/k/a "BH"; SHAQUEL ROCK, a/k/a "Shaq"; DENNIS CHESTON, JR., a/k/a "Beans"; | : |

```
DONTE ELLIS,
     a/k/a "Shalant";
TIMOTHY WIMBUSH,
     a/k/a "Young Money";
TAQUAN WILLIAMS;
JUBRI WEST;
MALIK BINGHAM,
     a/k/a "Fresh";
DEAVON WARNER,
     a/k/a "Tug";
JAQUAN WADE;
QUIANA WELCH,
     a/k/a "KiKi";
KALEIB COX,
     a/k/a "Lito";
VARLEE KOON; and
LATRICE WHARTON
```

This matter having come before the Court on the joint application of Craig Carpenito, United States Attorney for the District of New Jersey (by J. Brendan Day and Alexander Ramey, Assistant United States Attorneys), and defendant Jakir Taylor (by Jerome Ballarotto, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter from the date of this order through January 11, 2019, and the defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date of his arrest pursuant to Title 18 of the United States Code, Section 3161(b), and the defendant through his attorney having consented to the continuance, and no prior continuances having been granted by the Court; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

    1. Plea negotiations may soon commence, and both the United States and the defendant seek time to achieve a successful resolution of

these negotiations, which would render trial of this matter unnecessary;

2. Defendant has consented to the aforementioned continuance;

3. The grant of a continuance will likely conserve judicial resources; and

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

**WHEREFORE**, it is on this 25th day of October, 2018,

**ORDERED** that the proceedings scheduled in the above-captioned matter are continued from the date of this Order through and including January 11, 2019;

**IT IS FURTHER ORDERED** that the period from the date of this Order through and including January 11, 2019 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE DOUGLAS E. ARPERT
UNITED STATES MAGISTRATE JUDGE

Consented and Agreed By:

_____
Jerome Ballarotto, Esq.
Counsel for Defendant

_____
J. Brendan Day
Alexander Ramey
Assistant United States Attorneys